PROB 12A
(12/96)

# United States District Court

for

## Southern District of Ohio

### Report on Offender Under Supervision

FILED
JAMES BONINI
CLERK

'05 JUN -8 AM 9: 04

U.S. DISTRICT COURT
SOUTHERN DIST OHIO
WEST DIV CINCINNATI

Name of Offender: **Cheyenne Autumn Rickman**         Case Number: **CR-1-00-039**

Name of Sentencing Judicial Officer:    **The Honorable Sandra S. Beckwith**
                                        **Chief United States District Judge**

Date of Original Sentence: **July 17, 2000**

Original Offense: **Bank Fraud, in violation of 18 U.S.C. Sec. 1344**

Original Sentence: **1 day(s) prison, 60 month(s) supervised release**

Type of Supervision: **Term Of Supervised Release**         Date Supervision Commenced: **July 17, 2000**

---

#### NON-COMPLIANCE SUMMARY

As the Court will recall, Cheyenne Rickman was ordered to pay $27,000 in restitution to U.S. Bank. At the time this report was being written, Cheyenne Rickman had paid $3,300 toward her restitution. Although Ms. Rickman has had months where she failed to make a payment toward her restitution, overall, it appears that Cheyenne Rickman's payments have been representative of her ability to pay.

It is noted that Ms. Rickman's ability to pay was negatively affected by some legitimate problems. Specifically, during the course of her supervision, Cheyenne Rickman had two problematic pregnancies that resulted in miscarriages. Her third pregnancy did result in the birth of a baby girl on January 20, 2004. However, this pregnancy required several months of strict bed rest.

Other than her failure to pay off her restitution, Cheyenne Rickman has had no significant compliance problems. This officer has made Ms. Rickman fully aware of the fact that she remains legally liable for the restitution obligation for 20 years from the date of her release from imprisonment. Further, she has been advised that the U.S. Attorney's office will be monitoring her restitution payments and can take adverse action against her should she fail to continue making payments. Ms. Rickman has assured this officer that she is fully aware that, should the Court allow her term of supervised release to expire as scheduled, she still needs to make payments toward her restitution.

U.S. Probation Officer Action:

Based on the above stated information, this officer respectfully recommends that Cheyenne Rickman's term of supervised release be permitted to expire as scheduled on July 16, 2005. Should your Honor be in agreement with this recommendation, it is requested that the appropriate statement on the next page, be signed to indicate such.

PROB 12A
(12/96)

2

Respectfully submitted,

by *[signature]*
John J. Menke
U. S. Probation Officer
Date: 6/1/05

Approved,

by *[signature]*
Supervising U. S. Probation Officer
Date: 5-31-05

[✓] I concur with the recommendation of the Probation Officer
[ ] Submit a Request for Modifying the Condition or Term of Supervision
[ ] Submit a Request for Warrant or Summons

*[signature]*
Signature of Judicial Officer

6/7/05
Date