IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| | ) CASE NO: CR-1-00-039-01 |
| vs. | ) |
| CHEYENNE A. RICKMAN, | ) JUDGE BECKWITH |
| SSN: XXX-XX-6261 | ) |
| Defendant, | ) |
| and | ) |
| Kurz-Kasch, Inc. | ) |
| Garnishee. | ) |

### ORDER FOR A WRIT OF CONTINUING GARNISHMENT

Upon application of Plaintiff, the United States, for a Writ of Continuing Garnishment, the Court hereby finds that the application meets the requirements of Title 28 U.S.C. §3205, and grants Plaintiff's application.

**IT IS SO ORDERED.**

DATE: 8/24/06

_____
UNITED STATES DISTRICT JUDGE