IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>　　　　Plaintiff | )<br>)<br>) CASE NO:  CR-1-00-039-01 |
| 　　　　vs. | )<br>) |
| CHEYENNE A. RICKMAN, | ) JUDGE BECKWITH |
| SSN: XXX-XX-6261<br>　　　　Defendant, | )<br>)<br>)<br>) |
| 　　　　and | )<br>) |
| Kurz-Kasch, Inc. | )<br>) |
| 　　　　Garnishee. | ) |

**PLAINTIFF'S MOTION TO QUASH THE
WRIT OF CONTINUING GARNISHMENT**

　　　　Plaintiff, United States of America, pursuant to 28 U.S.C. §3205(10), respectfully moves this Honorable Court to quash the Writ of Continuing Garnishment (Doc.#17) filed on August 24, 2006 in the above captioned case. Plaintiff has received verbal notification from the Garnishee indicating that the Garnishee is in no manner under liability to the Defendant Cheyenne A. Rickman. The Defendant was terminated from their employment on July 14, 2006. Therefore, it is respectfully requested that the August 24, 2006 Writ of Continuing Garnishment against the property of Cheyenne A. Rickman be quashed.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　GREGORY G. LOCKHART
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　　　s/Deborah F. Sanders
　　　　　　　　　　　　　　　　　　　　　　　DEBORAH F. SANDERS (0043575)
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　　　　Southern District of Ohio
　　　　　　　　　　　　　　　　　　　　　　　303 Marconi Boulevard, Suite 200
　　　　　　　　　　　　　　　　　　　　　　　Columbus, Ohio  43215-2401

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing Motion to Quash the Writ of Continuing Garnishment was electronically filed with the Clerk of the Court using the CM/ECF system and mailed to by first class mail, postage prepaid, this 6th day of September, 2006 to:


Cheyenne A. Rickman
59 York Court
Washington Courthouse, OH  43160

Kurz-Kasch, Inc.
Attn: Human Resources
2271 Arbor Blvd.
Dayton, OH 45439

                                                s/Deborah F. Sanders
                                                DEBORAH F. SANDERS (0043575)
                                                Assistant United States Attorney