## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff | )<br>)<br>) CASE NO: CR-1-00-039-01 |
| vs. | )<br>) |
| CHEYENNE A. RICKMAN, | ) JUDGE BECKWITH |
| SSN: XXX-XX-6261 | ) |
| Defendant, | ) |
| and | ) |
| Kurz-Kasch, Inc. | ) |
| Garnishee. | ) |

## ORDER QUASHING THE
## WRIT OF CONTINUING GARNISHMENT

Upon Plaintiff's Motion to Quash Writ of Continuing Garnishment (Doc#17) and pursuant

to the provisions of 28 U.S.C. §3205(10), and for good cause showing that the Garnishee in this

action is in no manner liable as Garnishee,

**IT IS HEREBY ORDERED** that the August 24, 2006 Writ of Continuing Garnishment

against the property of Cheyenne A. Rickman be quashed.

Date: 9/6/06

UNITED STATES MAGISTRATE JUDGE